RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Oscar Oswaldo Bustos-Gonzalez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-081-JCM-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (First Request) |
| OSCAR OSWALDO BUSTOS-GONZALEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Oscar Oswaldo Bustos-Gonzalez, that the Change of Plea Hearing currently scheduled on August 19, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than August 26, 2019.

This Stipulation is entered into for the following reasons:

1. Defense counsel is out of the jurisdiction on the currently scheduled change of plea hearing date.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 7th day of August, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-081-JCM-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| OSCAR OSWALDO BUSTOS-GONZALEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Monday, August 19, 2019 at 10:00 a.m., be vacated and continued to August 26, 2019 at the hour of 10:00 a.m.; or to a time and date convenient to the court.

DATED August 9, 2019.

_[signature: James C. Mahan]_
UNITED STATES DISTRICT JUDGE