NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
702-388-6418 (fax)
Susan.cushman@usdoj.gov
Attorney for the plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-0081-JCM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | (First Request) |
| OSCAR OSWALDO BUSTOS-GONZALEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Raquel Lazo, counsel for defendant, that sentencing in the above-captioned matter currently scheduled for sentencing on Monday, December 9, 2019, at 10:30 a.m. be vacated and continued to a date and time convenient to all parties, but as soon as December 16, 2019.

This Stipulation is entered into for the following reason:

1. The counsel for government is out of the office from December 5-13, 209.

2. The parties agree to the continuance.

3. The defendant is in custody and does not object to the continuance.

4. This is the first request to continue the sentencing.

DATED this 3rd day of December, 2019.

                                        Respectfully submitted,

                                        NICHOLAS A. TRUTANICH
                                        United States Attorney

                                        */s/ Susan Cushman*
                                        SUSAN CUSHMAN
                                        Assistant United States Attorney

                                        */s/ Raquel Lazo*
                                        RAQUEL LAZO
                                        Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-0081-JCM |
| Plaintiff, | ORDER TO CONTINUE SENTENCING |
| vs. | (First Request) |
| OSCAR OSWALDO BUSTOS-GONZALEZ, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until December 16, 2019 at the hour of 10:00 a.m.

DATED December 4, 2019.

_____
UNITED STATES DISTRICT JUDGE