# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-81 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| OSCAR OWALDO BUSTOS-GONZALEZ, | |
| Defendant(s). | |

Presently before the court is defendant Oscar Oswaldo Bustos-Gonzalez's motion for appointment of counsel for the purpose of his compassionate release. (ECF No. 38).

Defendant seeks compassionate release. (ECF No. 37). Having reviewed these motions, and in accordance with General Order 2020-06, the court will grant defendant's motion for appointment of counsel. (ECF No. 38).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion (ECF No. 38) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the federal public defender is appointed as counsel to represent the defendant, unless the federal public defender declines the appointment, on the basis of a conflict, and files a motion requesting the appointment of CJA counsel no later than fourteen (14) days from the date of this order.

DATED September 25, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**